IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40202
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EDDIE SNELL,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-00-319-1
--------------------
August 31, 2001

Before JOLLY, HIGGINBOTHAM, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Eddie Snell has moved for leave
to withdraw and has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Snell has filed a response to
counsel's motion to withdraw, requesting new counsel on appeal,
and has filed a motion for an extension of time to file an
appellate brief.  These motions are DENIED.

     Our independent review of counsel's brief, Snell's response,
and the record discloses no nonfrivolous appellate issue.
Accordingly, counsel's motion for leave to withdraw is GRANTED,

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

counsel is excused from further responsibilities herein, and the

APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.